1

THE HONORABLE JOHN C. COUGHENOUR

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

| | |
|---|---|
| SALIOU DIAW, individually, | Civil Action No. 2:18-cv-1499 JCC |
| Plaintiff, | **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES** |
| v. | |
| KATIE ANN LLC, a Foreign Limited Liability Company, a subsidiary and owned and operated by AMERICAN SEAFOODS COMPANY LLC, a Foreign Limited Liability Company, and a subsidiary of AMERICAN SEAFOODS GROUP, a Foreign Limited Liability Company, | |
| Responding Defendants. | |

17

        Defendants  AMERICAN  SEAFOODS  COMPANY  LLC,  KATIE  ANN,  LLC

18

(hereinafter collectively "Responding Defendants"), and AMERICAN SEAFOODS GROUP,

19

LLC by and through its attorneys of record, answers the allegations contained in Plaintiff's

20

Complaint for Damages as follows:

21

**I.   JURISDICTION AND VENUE**

22

        1.1      Answering paragraph 1.1 of the Complaint, Responding Defendants deny

23

Plaintiff is currently a seaman, had any history as a seaman, or is one known.  Nevertheless,

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
FOR DAMAGES - Page 1
Civil Action No. 2:18-cv-01499 JCC
{28513-00457717;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

Responding Defendants admit seaman status for the purposes of jurisdiction.

1.2     Responding Defendants admit that American Seafoods Company LLC, is a foreign limited liability company, but deny the remaining allegations contained in paragraph 1.2 of the Complaint.   American Seafoods Group, LLC, however, admits it is the sole member of American Seafoods Company LLC.

1.3     Responding Defendants admit the allegations contained in paragraph 1.3 of the Complaint.

1.4     Responding Defendants deny that American Seafoods (as defined in the Complaint) owns fishing vessels, but admit that Katie Ann, LLC owns one such vessel. Responding Defendants also deny that Katie Ann, LLC, or American Seafoods Group, LLC operates or manages any commercial fishing vessels, but admits that American Seafoods Company LLC operates and manages several commercial fishing vessels.

1.5     Responding Defendants deny the allegations contained in paragraph 1.5 of the Complaint.

1.6     Answering paragraph 1.6 of the Complaint, Responding Defendants deny that American Seafoods Company LLC owns the F/T KATIE ANN, but admits that it operates and manages that vessel.

1.7     Responding Defendants admit that Plaintiff complained of a groin injury while in service to the vessel but deny the remaining allegations set forth in paragraph 1.7 of the Complaint.  American Seafoods Group, LLC is not a proper party to this Complaint, and does not have sufficient information to affirm or deny these allegations and therefore denies the same.  Moreover, American Seafoods Group, LLC does not have sufficient information

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
FOR DAMAGES - Page 2
Civil Action No. 2:18-cv-01499 JCC
{28513-00457717;1}

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

to affirm or deny any of the allegations set forth in paragraphs 3.1 through 5.10 of the Complaint and therefore denies the same.

1.8.    The allegations contained in paragraph 1.8 of the Complaint are allegations for the attention of the Court and do not require an answer.

1.9    The allegations contained in paragraph 1.9 of the Complaint are allegations for the attention of the Court and do not require an answer.

Responding Defendants, however, stipulate to both Jurisdiction and Venue.

## II.  PARTIES

2.1    Answering paragraph 2.1 of the Complaint, American Seafoods Company LLC, and Katie Ann, LLC, admit that Plaintiff was a seaman whose last contract ended on October 19, 2015.  Responding Defendants deny each and every remaining allegation in this paragraph of the Complaint.  Furthermore, American Seafoods Group, LLC is not a proper party to this Complaint, and does not have sufficient information to affirm or deny these allegations and therefore denies the same.

2.2    Answering paragraph 2.2 of the Complaint, American Seafoods Company LLC denies that it is a "Washington Corporation" per se, and refer Plaintiff's counsel to the allegations set forth in paragraph 1.2 of the Complaint, which more accurately describes that company's status.  Nevertheless, American Seafoods Company LLC admits the remaining allegations contained in paragraph 2.2.

2.3    Answering paragraph 2.3 of the Complaint, Katie Ann, LLC denies that it is a "Washington Corporation" per se, and refer Plaintiff's counsel to the allegations set forth in paragraph 1.4 of the Complaint, which more accurately describes that company's status. Katie Ann, LLC admits only that the vessel it owns is engaged in the business of commercial

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
FOR DAMAGES - Page 3
Civil Action No. 2:18-cv-01499 JCC
{28513-00457717;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

fisheries in Northwest waters.  All other allegations set forth in this paragraph are specifically denied.

2.4     Answering Paragraph 2.4 of the Complaint, American Seafoods Company LLC denies that it owns the F/T KATIE ANN, but admits that it manages and operates the vessel.  Katie Ann, LLC admits it owns the vessel, but denies that it manages or operates her.

## III.   FACTS

3.1     Responding Defendants re-allege their answers to paragraphs 1.1 through 2.4 of the Complaint, as set forth above.

3.2     American Seafoods Company LLC admits that from October 2, 2015 through October 19, 2015, Plaintiff was employed as a seaman aboard the F/T KATIE ANN, occasionally working as a line processor.  American Seafoods Company LLC denies every other allegation contained in this paragraph.

3.3     American Seafoods Company LLC admits the allegations contained in paragraphs 3.3 of the Complaint.

3.4     Answering paragraph 3.4 of the Complaint, American Seafoods Company LLC admits it operated the F/T KATIE ANN. As repeatedly stated above, this company did not own the vessel.

3.5     Responding Defendants deny the allegations contained in paragraph 3.5 of the Complaint.  Plaintiff suffered from Graves disease.

3.6     Responding Defendants do not have sufficient information to determine the truth or falsity of the allegations in paragraph 3.6 of the Complaint and therefore deny the same.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
FOR DAMAGES - Page 4
Civil Action No. 2:18-cv-01499 JCC
{28513-00457717;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

3.7     Responding Defendants deny the allegations set forth in paragraph 3.7 of the Complaint.

3.8     Responding Defendants deny the allegations set forth in paragraph 3.8 of the Complaint.

3.9     Responding Defendants deny the allegations set forth in paragraph 3.9 of the Complaint.

3.10    Responding Defendants deny the allegations set forth in paragraph 3.10 of the Complaint.

3.11    Responding Defendants deny the allegations set forth in paragraph 3.11 of the Complaint.

3.12    Responding Defendants deny the allegations set forth in paragraph 3.12 of the Complaint.

3.13    Responding Defendants deny the allegations set forth in paragraph 3.13 of the Complaint.

3.14    Responding Defendants deny the allegations set forth in paragraph 3.14 of the Complaint.

3.15    Responding Defendants deny the allegations set forth in paragraph 3.15 of the Complaint.

3.16    Responding Defendants deny the allegations set forth in paragraph 3.16 of the Complaint.

3.17    Responding Defendants deny the allegations set forth in paragraph 3.17 of the Complaint.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
FOR DAMAGES - Page 5
Civil Action No. 2:18-cv-01499 JCC
{28513-00457717;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

1

2

3.18    Responding Defendants deny the allegations set forth in paragraph 3.18 of the

Complaint.

3

4

3.19    Responding Defendants admit the allegations set forth in paragraph 3.19 of

the Complaint.

5

6

3.20    Answering paragraph 3.20 of the Complaint, Responding Defendants deny the

F/T KATIE ANN was "travelling," but admit she was fishing in the Bering Sea.

7

8

3.21    Responding Defendants admit the allegations contained in paragraph 3.21 of

the Complaint.

9

10

11

3.22    Answering paragraph 3.22 of the Complaint, Responding Defendants aver that

the Iliuliuk Family and Health Services chart note speaks for itself. All other allegations are

specifically denied.

12

13

14

3.23    Answering paragraph 3.23 of the Complaint, Responding Defendants only

admit that Plaintiff was transported back to Seattle. All other allegations are specifically

denied.

15

16

17

3.24    Answering paragraph 3.24 of the Complaint, Responding Defendants aver that

the Swedish Ballard Emergency Room chart note speaks for itself. All other allegations are

specifically denied.

18

19

20

3.25    Responding Defendants deny the allegations contained in paragraph 3.25 of

the Complaint.   These allegations misrepresent the overall medical treatment Plaintiff

received that day.

21

22

3.26    Responding Defendants deny the allegations in paragraph 3.26 of the

Complaint.

23

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
FOR DAMAGES - Page 6
Civil Action No. 2:18-cv-01499 JCC
{28513-00457717;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

3.27    Responding Defendants deny the allegations in paragraph 3.27 of the Complaint.

3.28    Answering paragraph 3.28 of the Complaint, although Dr. Evans' chart note speaks for itself, Responding Defendants deny that Dr. Evans' allegations are true.

3.29    Answering paragraph 3.29 of the Complaint, although Dr. Evans' chart note speaks for itself, Responding Defendants deny that Dr. Evans' allegations are true.

3.30    Responding Defendants deny the allegations in paragraph 3.30 of the Complaint.

3.31    Responding Defendants deny the allegations in paragraph 3.31 of the Complaint.

3.32    Responding Defendants deny the allegations in paragraph 3.32 of the Complaint.

3.33    Responding Defendants deny the allegations in paragraph 3.33 of the Complaint.

3.34    Responding Defendants deny the allegations in paragraph 3.34 of the Complaint.

3.35    Responding Defendants deny the allegations in paragraph 3.35 of the Complaint.

3.36    Responding Defendants deny the allegations in paragraph 3.36 of the Complaint.

## IV.  FIRST CAUSE OF ACTION: JONES ACT NEGLIGENCE, 46 USC § 301

4.1    Responding Defendants re-allege their answers to paragraphs 1.1 through 3.36 of the Complaint, as set forth above.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
FOR DAMAGES - Page 7
Civil Action No. 2:18-cv-01499 JCC
{28513-00457717;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

4.2     Answering paragraph 4.2 of the Complaint, Responding Defendants admit only that at very specific times, Plaintiff was employed as a seaman by Defendant American Seafoods Company LLC.

4.3     Responding Defendants deny the allegations in paragraph 4.3 of the Complaint.

4.4     Responding Defendants deny the allegations in paragraph 4.4 of the Complaint.

4.5     Responding Defendants deny the allegations in paragraph 4.5 of the Complaint.

4.6     Responding Defendants deny the allegations in paragraph 4.6 of the Complaint.

4.7     Responding Defendants deny the allegations in paragraph 4.7 of the Complaint.

**V.   PLAINTIFF'S SECOND CAUSE OF ACTION: UNSEAWORTHINESS**

5.1     Responding Defendants re-allege their answers to paragraphs 1.1 through 4.7 of the Complaint, as set forth above.

5.2     Answering paragraph 5.2 of the Complaint, Responding Defendants admit only that at very specific times, Plaintiff was employed as a seaman by Defendant American Seafoods Company LLC.

5.3     Responding Defendants deny the allegations in paragraph 5.3 of the Complaint.

5.4     Responding Defendants deny the allegations in paragraph 5.4 of the Complaint.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
FOR DAMAGES - Page 8
Civil Action No. 2:18-cv-01499 JCC
{28513-00457717;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

5.5     Responding Defendants deny the allegations in paragraph 5.5 of the Complaint.

5.6     Responding Defendants deny the allegations in paragraph 5.6 of the Complaint.

5.7     Responding Defendants deny the allegations in paragraph 5.7 of the Complaint.

5.8     Responding Defendants deny the allegations in paragraph 5.8 of the Complaint.

5.9     Responding Defendants deny the allegations in paragraph 5.9 of the Complaint.

5.10    Responding Defendants deny the allegations in paragraph 5.10 of the Complaint.

<h1 style="text-align:center">VI. REQUEST FOR RELIEF</h1>

Answering paragraphs 6.1 through 6.4, Responding Defendants deny Plaintiff's request for relief in its entirety.  All allegations not specifically admitted herein are denied.

<h2 style="text-align:center">AFFIRMATIVE DEFENSES</h2>

BY WAY OF FURTHER ANSWER, Responding Defendants aver the following affirmative defenses:

1.     Plaintiff has failed to state a claim on which relief may be granted.

2.     Plaintiff's injuries and/or damages are unrelated to his service to the F/T KATIE ANN.

3.     Plaintiff's injuries and/or damages are caused in whole or in part by the fault of third parties over whom answering defendants had no control or right of control.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
FOR DAMAGES - Page 9
Civil Action No. 2:18-cv-01499 JCC
{28513-00457717;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

4. Plaintiff's injuries and/or damages in whole or in part are caused by an underlying medical condition unrelated to Plaintiff's service aboard the F/T KATIE ANN.

5. Plaintiff has failed to mitigate his injuries, and/or his medical treatment and/or his damages, if any.

6. Plaintiff failed to properly report his injuries aboard the F/T KATIE ANN.

7. American Seafoods Group, LLC is an improper party to this lawsuit and must be dismissed.

8. Plaintiff's injuries and/or damages were caused by his own fault, and/or negligence and/or failure of care.

9. Plaintiff's injuries and/or damages, if any, are the result of a preexisting and/or subsequent condition and/or accidents and are not the responsibility of defendants.

10. Responding Defendants reserve the right to add other affirmative defenses and counterclaims as discovery progresses.

WHEREFORE, having fully answered Plaintiff's Complaint for Damages and having asserted affirmative defenses, Responding Defendants now pray as follows:

1. That Plaintiff's Complaint be dismissed with prejudice and Plaintiff take nothing thereby;

2. That Responding Defendants' costs and reasonable attorney fees be awarded and/or taxed against Plaintiff; and

3. For such other and further relief as the Court deems equitable and/or just.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
FOR DAMAGES - Page 10
Civil Action No. 2:18-cv-01499 JCC
{28513-00457717;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

1   DATED this 19th day of November, 2018.

2

3

4                                          LE GROS BUCHANAN & PAUL

5                                          By: *s/ Eric R. McVittie*
                                           Eric R. McVittie, WSBA #20538
6                                          4025 Delridge Way SW, Suite 500
                                           Seattle, WA 98106-1271
7                                          Phone: (206) 623-4990 | Fax: (206) 467-4828
                                           Email: emcvittie@legros.com
8                                          Attorneys for Defendants American Seafoods
                                           Company LLC, Katie Ann, LLC and American
9                                          Seafoods Group

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT                    LE GROS BUCHANAN
FOR DAMAGES - Page 11                                               & PAUL
Civil Action No. 2:18-cv-01499 JCC                              4025 DELRIDGE WAY SW
{28513-00457717;1}                                                   SUITE 500
                                                           SEATTLE, WASHINGTON  98106-1271
                                                                  (206) 623-4990

1

**CERTIFICATE OF SERVICE**

2

        I hereby certify that on November 19, 2018, I electronically

3

filed the foregoing with the Clerk of the Court using the CM/ECF

system, which will send notification of such filing to The Honorable

4

John C. Coughenour, and serve it on all associated counsel.

5

        Jeffery M. Campiche

        Jacqueline Hackler

6

        CAMPICHE ARNOLD PLLC

        1201 Third Avenue, Suite 3810

7

        Seattle WA 98101

        **Attorneys for Plaintiff**

8

        I certify under penalty of perjury under the laws of the State of

9

Washington that the foregoing is true and correct.

10

        Signed at Seattle, Washington this 19th day of November,

2018.

11

                *s/ Sheila Baskins*

12

                Sheila Baskins, Legal Assistant

                LeGros Buchanan & Paul

13

                4025 Delridge Way SW, Suite 500

                Seattle, Washington 98106-1271

14

                Telephone:      206-623-4990

                Facsimile:      206-467-4828

15

                E-mail:         sbaskins@legros.com

16

17

18

19

20

21

22

23

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
FOR DAMAGES - Page 12
Civil Action No. 2:18-cv-01499 JCC
{28513-00457717;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990