THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SALIOU DIAW, | CASE NO. C18-1499-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KATIE ANN LLC, a foreign limited liability company, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and motion for modification of the case scheduling order (Dkt. No. 24). Having considered the motion and the relevant record, the Court finds good cause to amend the scheduling order. Accordingly, the Court hereby GRANTS the motion and AMENDS the scheduling order as follows: the 39.1 mediation shall be completed no later than April 23, 2020.

DATED this 9th day of April 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1499-JCC
PAGE - 1